NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JENNIFER DIXON,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2015-3157

---

Petition for review of an arbitrator's decision in No. 14-02610-3 by Arbitrator Trevor Bain.

---

## JUDGMENT

---

JASON LEONARD ALDRICH, Gattey Baranic APLC, San Diego, CA, argued for petitioner.

JAMES R. SWEET, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., BRIAN MIZOGUCHI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


   PER CURIAM (WALLACH, CLEVENGER, and TARANTO, *Circuit Judges*).

                    **AFFIRMED.  *See* Fed. Cir. R. 36.**

                              ENTERED BY ORDER OF THE COURT


 February 5, 2016                /s/ Daniel E. O'Toole
       Date                      Daniel E. O'Toole
                                 Clerk of Court